## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

KEVIN F. ROWE  
CLERK

TEL. NO. 240-3200  
(AREA CODE 860)

VICTORIA C. MINOR  
CHIEF DEPUTY CLERK

MARY WIGGINS  
DEPUTY-IN-CHARGE

Twin City Fire Ins. Co.,

V.                     Case Number:  3:02cv2110 (DJS

Scott Eric Sanders, et al

Notice to  Clerk, District Court,
of **Eastern District of New York**
-------------------------

Dear Clerk:

Enclosed is the original file and certified copies of the Memorandum of Decision and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Hartford, Connecticut, October 20, 2003.

KEVIN F. ROWE, CLERK

By _Barbara Grady_  
Barbara Grady  
Deputy Clerk

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ OCT 21 2003 ★  
BROOKLYN OFFICE

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on _____

Assigned case number: __CV-03 5308  AMON, J.  MANN, M.J.__

This case was received by: _____

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★★ OCT 21 2003 ★★  
BROOKLYN OFFICE